Stacy Walker
Walker & Eakes, LLC
329 F Street, Ste 200
Anchorage, AK 99501
Phone (907) 272-9255
Fax (907) 272-9256
stacy@walkereakes.com

Attorney for Calais Manor Associates, A Washington Limited Partnership

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| MENDERES USKA,<br><br>                Plaintiff,<br><br>v.<br><br>CALAIS MANOR ASSOCIATES, A<br>WASHINGTON LIMITED PARTNERSHIP,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

Defendant CALAIS MANOR ASSOCIATES, A WASHINGTON LIMITED PARTNERSHIP ("Calais Manor") - incorrectly identified in the Complaint as "Calais Manor Associates, a Limited Washington Partnership" - for the purpose of removing this case to the United States District Court for the District of Alaska, states as follows:

1. Plaintiff Menderes Uska ("Plaintiff") initiated this action in the District Court for the State of Alaska, Third Judicial District at Anchorage. A copy of the proceedings in the underlying case is attached.

2. Calais Manor received service of process by certified mail May 16, 2014. This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over this civil action because it is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a). Therefore, Calais Manor is entitled to remove this action to this Court under 28 U.S.C. § 1441(a).

4. The following allegations and facts establish that this matter is between citizens of different states:

   A. Plaintiff, both at the time of the commencement of this action and now, was and is a citizen of the State of Alaska.

   B. Calais Manor, both at the time of the commencement of this action and now, was and is a limited partnership in the State of Washington with its principal place of business in the State of Washington. Accordingly, Calais Manor is not a citizen of the State of Alaska. 28 U.S.C. § 1331(c)(1).

5. The following allegations and facts establish that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs:

   A. Plaintiff's Complaint asserts that, as a result of Calais Manor's purported negligence, he suffered injury resulting in past and future medical expenses, past and future loss of enjoyment of life, past and future pain and suffering, past and future emotional distress and anxiety, and loss of wages and specifically alleges damages in an unspecified amount in excess of $50,000. Additionally, Plaintiff's Complaint seeks an award of attorney's fees incurred in connection with the prosecution of his claim.

B.  In evaluating whether the amount in controversy is met as required for removal on the basis of diversity jurisdiction, anticipated attorneys' fees are part of the amount in controversy if they are provided for by statute or contract. *See, e.g., Zuckman v. Monster Beverage Corp.*, 958 F.Supp.2d 293, 301 (D.D.C. 2013).

C.  All other requirements of 28 U.S.C. § 1446 have been met.

6.  Copies of this Notice of Removal will be served on Plaintiff.

7.  A true and correct copy of the state court file is attached.

DATED this 13TH day of June, 2014, at Anchorage, Alaska.

Walker & Eakes, LLC
Attorney for Defendant
CALAIS MANOR ASSOCIATES, A
WASHINGTON LIMITED
PARTNERSHIP

By: _____
Stacy L. Walker
Alaska Bar No. 0005014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 13TH day June, 2014 by:

- [X] Mail
- [ ] Facsimile
- [ ] Hand Delivery
- [ ] Courier

To the following persons:

Darryl Thompson
841 I Street
Anchorage AK 99501

_____
Walker & Eakes, LLC

400/111/pld/Notice of Removal