IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MENDERES USKA )
)
          Plaintiff, )
)
vs. )
)
CALAIS MANOR ASSOCIATES, )
a Limited Washington Partnership )
)
          Defendant. )
) Case No. 3AN-14-_____ CI

## COMPLAINT

Plaintiff, Menderes Uska by and through the Law Offices of Darryl L. Thompson, P.C., states and alleges the following as her complaint:

1. That plaintiff Menderes Uska resided at all times mention herein in Anchorage, Alaska and the Third Judicial District.

2. That defendant Calais Manor Associates, is a Limited Washington Partnership, registered as a foreign business authorized to due business in the State of Alaska and capable of being sued.

3. That defendant Calais Manor Associates at all times mention was the owner the apartments located at 611 W 32nd Ave, Anchorage, Alaska.

4. On or about September 4, 2013, Mr. Uska while leaving his apartment at 611 W 32nd Ave #102, fell while walking down the stairs from his apartment.

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

5. Defendant failed to maintain the stairs in a safe manner and to remove unsafe conditions that defendant knew of or reasonably should have known existed. Such acts or failures to act fell below the standard of care and was a breach of defendants' duty to the plaintiff and others similarly situated.

6. Ms. Uska experienced pain in his left wrist when he fell down the stairs due to defendants' negligence.

7. Defendant's negligence caused Mr. Uska to fall and was the legal and proximate cause of damage to him.

8. As a proximate result of the negligence of defendant, plaintiff suffered injury resulting in past and future medical expenses, past and future loss of enjoyment of life, past and future pain and suffering, past and future emotional distress and anxiety and loss of wages, the exact amount of which shall be proven at trial and as may be awarded by a jury.

WHEREFORE, plaintiff Menderes Uska prays for:

1. Judgment for the plaintiff and against the defendant and an award of both economic and non-economic damages in an amount in excess of $50,000.00.

2. For any and all such relief the court deems just and appropriate;

3. For all costs and attorney's fees associated with this suit.

DATED at Anchorage, Alaska this 14 day of May 2014.

Darryl L. Thompson, Esq.
ABA No. 8706055